IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HUBERT CECIL DAVIDSON, III,

    Plaintiff,
vs.                                       CASE NO. 3:10cv255/RS-EMT

MICHELLE M. ALLEN, Registered Nurse
Specialist, and P. MURPHY, Correctional
Officer,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 14). No objections have been filed.

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's response entitled Motion To Show Cause And Voluntary Dismissal is granted and this case is dismissed without prejudice.

3. The clerk is directed to close the file.

**ORDERED** on December 13, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**